UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TRAVELWAYS, INC.,
a Minnesota corporation,

Plaintiff,

00-CV-647 DWF/AJB

v.

TRAVELWAYS, INC.,
a New Jersey corporation, and
GLOBAL PASSENGER SERVICES, INC.,
a New Jersey corporation,

Defendants.

---

**PLAINTIFF'S STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER**

PLAINTIFF, Travelways, Inc., hereby stipulates and agrees that Defendants have until April 20, 2000 to answer, move or otherwise respond to Plaintiff's complaint in this matter. Defendants' original time to answer, move or respond is April 17, 2000.

Dated: April 17, 2000

Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: (612) 347-7098/7185
Fax: (612) 347-7077

So Ordered.
4/20/00.

FILED APR 20 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK