**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 00-647 DWF/AJB

Travelways, Inc.,

Plaintiff,

v.

**ORDER ON MOTION FOR EXPEDITED DISCOVERY**

Travelways, Inc.,

Defendant.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on defendant's motion for expedited discovery [Docket No. 7]. Hearing was held on May 11, 2000 at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Lora Esch Mitchell, Esq. appeared on behalf of plaintiff. Timothy Kenny and Alexandra DeNeve Esqs. appeared on behalf of defendant.

Based upon the file and documents contained therein, along with memoranda and arguments of counsel, **IT IS HEREBY ORDERED THAT** defendant's motion for expedited discovery is **granted in part.** [Docket No. 7]. Defendant may serve the requested written discovery. Defendant may also take the requested 30(b)(6) deposition. The scope of expedited discovery shall be limited to issues relevant to the motion for preliminary injunction. Plaintiff's request to prohibit any additional 30(b)(6) deposition at a later date is denied at this time. Defendant's motion is denied in all other respects. Defendant's request for fees and costs associated with the motion is denied.

Dated: 5/15/00

Arthur J. Boylan
United States Magistrate Judge

FILED MAY 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK